UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 21-7208 MWF (PDx)**                                                    Date:  December 01, 2021

Title   **Westport Insurance Corporation v. The X-Law Group, P.C., et al.**

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

  A review of the docket in this action reflects that the Complaint was filed on September 8, 2021.  (Docket No. 1).  Pursuant to Federal Rules of Civil Procedure, Rule 4(m), the time to serve the Complaint will expire on December 7, 2021.  On October 26, 2021, Plaintiff filed two Proofs of Service ("POS") reflecting substituted service by mail on Defendants The X-Law Group, P.C. and Filippo Marchino on October 19 and 25, 2021.  (Docket Nos. 14 and 15).  Defendants' responses to the Complaint were due November 19 and 26, 2021.

  The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **DECEMBER 17, 2021**.

- ■ BY DEFENDANTS:  RESPONSES TO THE COMPLAINT.  The parties may also file an appropriate stipulation to extend the time within which Defendants must respond to the Complaint.

  OR

- ■ BY PLAINTIFF:  APPLICATIONS FOR CLERK TO ENTER DEFAULT.

  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 21-7208 MWF (PDx)**                                   Date:  December 01, 2021

Title          **Westport Insurance Corporation v. The X-Law Group, P.C., et al.**

submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **December 17, 2021** will result in the dismissal of this action.

    IT IS SO ORDERED.

                                          Initials of Preparer:  RS/sjm